IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| VEHICLE OCCUPANT SENSING SYSTEMS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN HONDA MOTOR CO., INC., GENERAL MOTORS COMPANY, GENERAL MOTORS LLC, and BMW OF NORTH AMERICA, LLC<br><br>　　　　　Defendants. | Civil No. 6:09-CV-548 (LED) |

## JOINT NOTICE OF SETTLEMENT

The Court is hereby advised that Plaintiff Vehicle Occupant Sensing Systems LLC and Defendant American Honda Motor Co., Inc. have reached a settlement in principle and are currently engaged in the process of finalizing the settlement documentation, which will include a Rule 41 dismissal of the current litigation between themselves.

Dated: September 17, 2010　　　　　　　　Respectfully submitted,

| | |
|---|---|
| /s/ Timothy E. Grochocinski | /s/ Miyoung Shin |
| ANTHONY G. SIMON | RALPH J. GABRIC |
| TIMOTHY E. GROCHOCINSKI | TIMOTHY Q. DELANEY |
| **SIMON LAW FIRM, PC** | MIYOUNG SHIN |
| 701 Market Street, Suite 1450 | RICKARD DEMILLE |
| Saint Louis, MO 63101 | **BRINKS HOFER GILSON & LIONE** |
| (314) 241-2929 | NBC Tower, Suite 3600 |
| asimon@simonlawpc.com | 455 North Cityfront Plaza Drive |
| teg@siomnlawpc.com | Chicago, IL 60611-5599 |
| | Tel:  (312) 321-4200 |
| CRAIG TADLOCK | |
| **TADLOCK LAW FIRM** | J. THAD HEARTFIELD |
| 400 E. Royal Lane, Suite 290 | **THE HEARTFIELD LAW FIRM** |
| Irving, Texas 75039 | 2195 Dowlen Road |
| P. 214.785.6014 | Beaumont, TX 77706 |
| craig@tadlocklawfirm.com | Tel:  (409) 866-3318 |
| and | |

315 N. Broadway, Suite 307  
Tyler, Texas 75702  
P. 903.283.2758

*Attorneys for Vehicle Occupant Sensing Systems, LLC*

*Attorneys for Defendant American Honda Motor Co. Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on **September 17, 2010**.

                        Joseph P. Lavelle
                        HOWREY, LLP
                        1299 Pennsylvania Ave NW
                        Washington DC 20004
                        Tel: (202) 383-6888
                        Fax: (202) 383-6610

                        S. Calvin Capshaw, III
                        Elizabeth L. DeRieux
                        CAPSHAW DERIEUX, LLP
                        1127 Judson Road, Suite 220
                        Longview, Texas 75601
                        Tel: (903) 236-9800
                        Fax: (903) 236-8787

                        By: /s/ Miyoung Shin