IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VEHICLE OCCUPANT SENSING SYSTEMS, INC. | § § § | |
| v. | § § | NO. 6:09-CV-548-LED-JDL |
| AMERICAN HONDA MOTOR CO., INC., AND BMW NORTH AMERICA LLC | § § § § | |

# FINAL JUDGMENT

Pursuant to the Orders dismissing the claims of all parties, the Court hereby enters final judgment. Plaintiff Vehicle Occupant Sensing Systems, Inc., filed suit against three (3) Defendants in this case. Since that time, all Defendants have been dismissed: General Motors Co. and General Motors, LCC (Doc. Nos. 34, 35); American Honda Motor Co. Inc. (Doc. No. 114); and BMW of North America, LLC (Doc. No. 120).

It is therefore **ORDERED, ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED, ADJUDGED** and **DECREED** that all claims and counterclaims in the instant suit be **DISMISSED** in their entirety, with prejudice as to certain parties.[1]

The Clerk of the Court is directed to close this case.

---

[1] The Court notes that General Motors Co. and General Motors, LLC were dismissed without prejudice.

So **ORDERED and SIGNED this 3rd day of January, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**